IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL COOPER,

      Petitioner,

v.

COREY FHUERE, Superintendent,
Oregon State Penitentiary,

      Respondent.

Case No. 6:23-cv-01462-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

    The Court GRANTS petitioner's unopposed Motion for Voluntary Dismissal (ECF No. 18).  IT IS ORDERED that this action is DISMISSED, without prejudice.

    DATED:    January 26, 2024

                      /s/ Jeff Armistead
                      Jeff Armistead
                      United States Magistrate Judge

1 - ORDER